IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TAYLER RUJAWITZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:17-CV-00251-NJR-SCW |
| | ) |
| ATPE, LLC, ATPF, INC., | ) |
| MICHAEL ANDERSON, and | ) |
| HEATHER ANDERSON, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Order dated October 27, 2017, Defendant ATPF, Inc. was **DISMISSED without prejudice** (Doc. 17).

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Order dated October 20, 2017 (Doc. 14), judgment is entered in favor of Plaintiff Tayler Rujawitz and against Defendants ATPE, LLC, Michael Anderson, and Heather Anderson in the amount of in the amount of $14,058.28 (total as of June 15, 2017), plus interest at the rate of 2% from June 15, 2017, to the date judgment is entered for her claim under the Illinois Minimum Wage Law, as well as fees and costs. Post-judgment interest shall accrue at the legal rate pursuant to 28 U.S.C § 1961(a) and shall be computed daily and compounded annually until this judgment is satisfied in full.

DATED:   October 27, 2017

JUSTINE FLANAGAN, Acting Clerk

By: s/ Deana Brinkley
    Deputy Clerk

APPROVED:   _____
**NANCY J. ROSENSTENGEL**
**United States District Judge**